**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| ACRISURE, LLC,<br>ACRISURE MGA, LLC,<br>SUNZ INSURANCE SERVICES, LLC, and<br>VERYTUS HOLDINGS, LLC,<br><br>      Plaintiffs,<br>v.<br><br>STEVEN F. HERRIG and<br>SUNZ HOLDINGS, LLC,<br><br>      Defendants. | Case No. 1:25-cv-00941-JMB-SJB<br><br>Honorable Jane M. Beckering |

---

**ORDER ON**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE TWO DOCUMENTS UNDER SEAL**

---

This matter is before the Court on Plaintiffs Acrisure, LLC; Acrisure MGA, LLC; SUNZ Insurance Services, LLC; and Verytus Holdings, LLC's ("Plaintiffs") Motion For Leave To File Two Documents Under Seal ("Motion to Seal") and the supporting brief and exhibits filed therewith. The Court having reviewed Plaintiffs' Motion to Seal and all other papers and proceedings herein:

**IT IS HEREBY ORDERED** that, for the reasons stated by Plaintiffs in their brief in support of their Motion to Seal, the Court finds that Plaintiffs (i) have identified and described the documents to be sealed; (ii) have established a compelling reason for that sealing; and (iii) have shown that a means other than sealing is not available or unsatisfactory to preserve their interest in sealing the documents.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Seal is GRANTED and the documents shall be maintained under restricted access.  The Clerk of Court is directed to restrict access to the unredacted versions of those filings, with access limited to only the Court and counsel of record for the parties.

**IT IS SO ORDERED.**

Entered: August 20, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge